*Enoch McCammon, adm'r, &c.* v. *Henry Worrall et al.*— H. NICOLL, for complainant; D. LORD, for defendants. So much of the decree of the late assistant vice chancellor as directs the lands of the appellant to be sold to pay the mortgage of the complainant, reversed; so far as respects the rights of the appellant and the respondent McCammon between them-

selves And so much of the residue of the decree as is appealed from reversed; without costs to either party.